AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAVID HAROLD VAUGHN, | ) | Case No. 13-8120-WM |
| | ) | |
| | ) | |
| | ) | |
| _____ | | |
| Defendant(s) | | |

FILED by _____ D.C.

**MAR 0 1 2013**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 28 - March 1, 2013___ in the county of ___Palm Beach___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. §§ 2252(a)(2) | Distribution of Child Pornography |
| Title 18 U.S.C. §§ 2252(a)(4) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brian Stafford, Special Agent, HSI, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___March 1, 2013___

_____
*Judge's signature*

City and state: ___West Palm Beach, FL___

U.S. Magistrate Judge William Matthewman
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, **BRIAN STAFFORD**, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI) assigned to the office of the Assistant Special Agent in Charge, West Palm Beach, Florida, and have been employed by HSI since March of 2007.  I have a Bachelor of Science degree in Criminology from Florida State University, and have successfully completed the Criminal Investigator Training Program and Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia.  Among my responsibilities as a Special Agent is the investigation of crimes against children, particularly offenses involving child pornography and the exploitation of children via the Internet.

2.     The facts set forth in this affidavit are based upon my personal knowledge, information obtained in this investigation from others, including other law enforcement officers, my review of documents, and information gained through training and experience.  Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation, but have set forth only those facts necessary to establish probable cause to believe that David Harold **VAUGHN** (YOB: 1959) has violated Title 18, United States Code, Sections 2522(a)(2) and (a)(4) for distribution and possession of child pornography.

3.      On January 28, 2013, an undercover officer (hereinafter "UC") conducted an online investigation into the sharing of child pornography over the internet. The UC has been a Task Force member to the South Florida Internet Crimes Against Children Task Force since 2008. Since that time, he has participated in approximately two hundred and fifty investigations involving child exploitation on the internet and child pornography distribution investigations on the internet. Additionally, he is an instructor with the Boynton Beach Police Department in child sexual abuse investigations.

4.      The UC conducted the investigation on January 28, 2013, using a peer to peer file sharing program (hereinafter referred to as "P2P") on the Gnutella network. The network consists of computers located throughout the world; therefore, the P2P network operates in interstate and foreign commerce. P2P file sharing is a method of communication available to Internet users through the use of special software. The software is designed to allow users to trade digital files through a worldwide network that is formed by linking computers together. While there are several P2P networks currently operating, the two most predominant are the Gnutella 1 & 2 networks. There are several different software applications that can be used to access these network but these applications operate in essentially the same manner.

5.      To access the P2P networks, a user first obtains the P2P software, which can be downloaded from the Internet. This software is used exclusively for the purpose of sharing digital files. When P2P software is installed on a computer, the user is directed to specify a "shared" folder. While a user may download files from the P2P network without placing any files in his/her "shared" folder, any files the user does place in the "shared" folder are available for anyone on the world-wide network to download. When a user initially logs onto the P2P

2

network, a list of the files the user has placed in the "shared" folder is transmitted to the network. A user seeking to download files from another user can conduct a keyword search of the P2P network. The P2P software then searches the lists of "shared" files available from users currently logged on to the network for any data matching the keyword search. The user who performed the keyword search receives a list of files matching the keyword search. The user may then select to download any or all of the files. The file download is achieved through a direct connection between the computer requesting the file and the computer(s) hosting the file.

6.      The investigation on January 28, 2013, revealed a subject who was actively sharing files over the Gnutella network. The subject was sharing approximately 70 files, 50 of which appeared to be child pornography based on their Secure Hash Algorithm Version 1 (hereinafter "SHA-1 values"), which matched those of images or videos of known child pornography. SHA-1 is a file encryption method developed by the National Institute of Standards and Technology (NIST), along with the National Security Agency (NSA), for use with Digital Signature Standard (DSS) as specified within the Secure Hash Standard (SHS). The United States has adopted the SHA-1 hash algorithm described herein as a Federal Processing Standard. Gnutella uses the SHA-1 system to verify the unique identity of individual files. Digital files processed by SHA-1 result in a digital signature unique to that digital file. Much like a fingerprint, this unique digital signature can be compared to ensure that two files are exactly the same.

7.      On January 28, 2013, at approximately 7:37 a.m., the UC initiated a download of the subject's listed shared files. On that date, the UC received one (1) completed downloaded video file from the subject. Additionally, on January 30, 2013, the UC received two (2)

additional completed downloaded video files; on January 31, 2013, the UC received an additional one (1) completed downloaded video file; on February 1, 2013, the UC received an additional two (2) completed downloaded video files; on February 5, 2013, the UC received an additional six (6) completed video files; on February 8, 2013, the UC received an additional one (1) completed video file; and on February 9, 2013, the UC received an additional one (1) completed video file. Each of these fourteen (14) files was downloaded from a host computer associated with IP address 174.48.254.124.

8.      The UC reviewed each of these fourteen (14) files, and based on his training and experience in this subject, he determined that all of the files contained child pornography. File names and descriptions of the content for some of the downloaded files is as follows:

a.      (Pthc) 10Yo Straight Sex New 0607 - 8m42s.avi. This video depicts a female child who appears to be under the age of 12 and an adult male is inserting his penis in her vagina.

b.      (pthc) new home-made-amanda 6yr.avi. This video depicts a female child who appears to be under the age of 12. She pulls her pants down and raises her shirt and massages her breast area. The video then skips to a bedroom scene where a person removes the child's underpants and exposing the child's vagina. The video shows the child urinating in a bathroom toilet before she is brought back on to the bed where the camera focuses on her vagina being rubbed by an unknown person.

c.      !New (Pthc) Fucking 7yo Little Girl Hard Weekend2: Luto-3 [Jaco2,3+5,Jato2+5]_edit-VCD (pedo gay pthc boy).mpg. This black and white video depicts a

female child who appears to be under the age of 10 lasciviously displaying her pubic area and an adult male performing oral sex on her.

        d.      【素人】ロリータ（近親相姦）（洋物）★「ヴィッキー」（緊縛＆アナルセックス）（Vicky 13yo BDSM Pedofilia 13 anos with sound）★☆☆15m32!.  This video depicts a naked female child who appears to be approximately 12 years old who is bound while an adult male puts his penis in her mouth and inserts objects into her vagina.

        e.      2009 Heidi 2yo 3yo 4yo anal baby girl toddler pedo pthc dad cum.mpg.  This video depicts a female child approximately 4 years old.  The child is on a bed with her pants pulled down and an adult male tries to insert his penis in her rectum.

        9.      The UC determined that IP address 174.48.254.124, which was used by the computer from which the above-referenced files were downloaded, was assigned to Comcast Cable Communications.  According to Comcast, the subscriber information for IP address 174.48.254.124 at the time the files were downloaded was listed as:  Cheri Ann Vaughn at 84 Deer Path Lane in Lake Worth, Florida  33461.

        10.     A query of the Florida Driver and Vehicle Information Database ("DAVID") as well as law enforcement accessed databases ("TLO") revealed that an individual named Cheri Ann Vaughn, year of birth 1981, resides at 84 Deer Path Lane in Lake Worth, Florida. Additional residents associated with the residence include:  Jason David-Lavern Vaughn, year of birth 1988; David Harold Vaughn, year of birth 1959; and Mary E. Vaughn, year of birth1957, as verified through the Department of Highway Safety Motor Vehicle.

11.     On or about February 20, 2013, the UC traveled to 84 Deer Path Lane in Lake Worth, Florida to identify the property and take digital photographs of the home and surrounding area.  At approximately 12:00 p.m. on that date, the observed a maroon Ford Explorer bearing FL tag YD9RL parked on the driveway.  A search of the DAVID database revealed the vehicle was registered to Mary Vaughn at 84 Deer Path Lane in Lake Worth, Florida.

12.     On or about February 25, 2013, a federal search warrant was issued for 84 Deer Path Lane in Lake Worth, Florida.  The search warrant was executed on March 1, 2013.

13.     When agents entered the residence, they observed the laptop computer utilized by David Harold VAUGHN in the process of downloading and uploading files. Files that had completed downloading indicated they contained images of child pornography just by viewing the title. A Computer Forensics Analyst on scene viewed some of these files and confirmed, based on his training and experience, that they contained images of child pornography.

14.     A total of 4 laptop computers were seized during the execution of the search warrant.  In a post-*Miranda* interview, David Harold VAUGHN identified his laptop computer as the HP (Hewlett-Packard) that was currently on connected to an external hard drive near where he was sleeping.  The profile that was being utilized on the HP laptop computer was "Dad."

15.     A preliminary forensic scan of the laptop revealed that several downloads were currently in progress and many more were in the queue to be downloaded (approximately 80 more).  All of the videos that were in the process of being downloaded appeared to be child pornography.   Downloaded files were set to automatically transfer to the desktop upon completion.  File names and descriptions of the content for some of the files that were in the

6

process of being downloaded are as follows. The actual file name would replace the sequence of letters and numbers upon completion of the download:

    a. YEL66GXWQBLH6C7NVK5JULRXY2XXWVAX. This video appears to be clothed female minor, approximately 5 years old who is made to perform oral sex on an adult male.

    b. I5HBJ64LVHHA4S4UMVJ64CVES6GDPH7O. This video depicts what appears to be a pre-pubescent female, approximately 8 years old, lying on her back with the words "Fuck Me" and an arrow pointing to her vagina written on her stomach as an adult male penetrates her vagina with his penis.

    c. QTZMD7PM2APGTHLMWGU4AU4RWC5J3SRQ. This video shows a pre-pubescent male, approximately 9 years old, lying on his back being anally penetrated by a mature male. At times in the video the minor is heard whimpering and see his face grimaces in pain while he pushes the adult male away from him.

16.    In a post-*Miranda* statement, VAUGHN admitted that the HP laptop with the external hard drive is his. He downloads pornography with a P2P program called LemonWire. With LemonWire he has downloaded and viewed child pornography. He claimed he immediately deleted a file if he discovered a video to be child pornography. He stated he has used the search term of "PTHC" (which is a known abbreviation for "Pre-Teen Hard Core"), but claims he did not know what it meant. VAUGHN stated he has an Associate's Degree in Computer Repairs. He also stated he does not get sexually aroused by child pornography, but watches them out of curiosity. When asked whether he shares the child pornography videos

though LemonWire, he said he believed he had that feature turned off. (The forensic scan indicated the share feature was not turned off). When asked what was the youngest child he has seen in the videos he had downloaded, he stated 3 years old, and the average age of the children in the videos is approximately 10 years old.

17.     Based upon the foregoing, and my training and experience, I submit that there is probable cause to believe that David Harold VAUGHN violated Title 18 U.S.C. § 2522(a)(2) and (a)(4), related to the distribution and possession of child pornography.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

BRIAN STAFFORD
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed and sworn to before me
on March /⁵ᵀ, 2013

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  13-8120-WM

UNITED STATES OF AMERICA

vs.

DAVID HAROLD VAUGHN,

Defendant.

_____/

**CRIMINAL COVER SHEET**

1.    Did this matter originate from a matter pending in the Northern Region of the United
States Attorney's Office prior to October 14, 2003?        _____ Yes __X__ No

2.    Did this matter originate from a matter pending in the Central Region of the United States
Attorney's Office prior to September 1, 2007?        _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:    _____
BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY
Brandy.Galler@usdoj.gov
Admin. No. A5501296
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:  (561) 820-8711
Fax: (561) 820-8777